UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Randy Saltou,

           Plaintiff,           Civil No. 05-1674 (RHK/AJB)

vs.           **ORDER**

Kerry, Inc., d/b/a Kerry Specialty
Ingredients,

           Defendant.
_____

    Based upon the Stipulation of Dismissal of the parties, this matter is

**DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

Dated: June 7, 2006

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge